United StatesDistrict Court

Middle District of Florida

Jacksonville Division

Ryan R. Turner                                                    Case No.: 3:17-cv-00266-HES-JBT

    Plaintiff,

v.

Home Pro Complete Services LLC and

Charles R. Lance

    Defendant.

_____/

**NOTICE OF SETTLEMENT**

In accordance with local rule 3.08 (a) the Plaintiff hereby notifies the court that the parties have reached a settlement agreement.

Respectfully Submitted: This 14th day of September, 2017

    /s/ Frank M. Malatesta Esq.
    FRANK M. MALATESTA
    Florida Bar No. 0097080
    Malatesta Law Office
    871 Venetia Bay Blvd., Suite 220
    Venice, FL 34285
    941.256.3812 PHONE
    888.501.3865 FAX
    frank@malatestalawoffice.com

**Certificate of Service**

I hereby certify that on this 14th Day of September, 2017, I electronically filed the foregoing Notice with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Charles R. Lance,  c.randylance@gmail.com

/s/ Frank M. Malatesta
Counsel for the Plaintiff