UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

RYAN TURNER,

    Plaintiff,

v.                                               Case No. 3:17-cv-0266-J-20JBT

HOME PRO COMPLETE
SERVICES LLC, CHARLES
R. LANCE,

    Defendants.
_____/

## ORDER

THIS CAUSE is before the Court on Plaintiff's "Notice of Settlement" (Dkt. 11), which indicates that this matter has been completely resolved. Therefore, pursuant to Rule 3.08(b) of the Local Rules of the Middle District of Florida, it is **ORDERED** and **ADJUDGED**:

1. This case is hereby **DISMISSED** without prejudice, subject to the right of any party to move this court, within sixty (60) days hereof, for the purpose of entering a dismissal with prejudice, a stipulated form of Final Order or Judgment, or on good cause shown, to reopen this case for further proceedings; and

2. The Clerk is directed to **CLOSE** this case.

DONE AND ENTERED at Jacksonville, Florida, this 20 day of September, 2017.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Frank Michael Malatesta, Esq.